IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | CRIMINAL ACTION NO. 05-0267-KD-N |
| v.  ) | |
| ) | CIVIL ACTION NO. 09-0116-KD-N |
| CLENNON PREYEAR,  ) | |
| ) | |
| Petitioner.  ) | |

## ORDER

In response to the court's order (doc. 554) allowing him to supplement his argument on a claim that was not identified in his original or amended habeas motion, petitioner has filed a partial response (doc. 557) and 'continued' request for appointment of counsel. The court denied his most recent motion to appoint counsel (doc. 555) by order (doc. 556) dated March 25, 2010. The 'continued' motion for the same relief offers no reason for reconsideration and is due to be denied on the same basis.

It is not clear that petitioner's "partial response," filed a month before his extended deadline for responding, was intended as the only response he would file on his additional claim. The court will therefor withhold ruling on the additional claim until the deadline runs on April 28, 2010.

It is hereby ORDERED that petitioner's 'continued motion for appointment of counsel is DENIED.

DONE and ORDERED this the 1st day of April, 2010.

 /s/ Katherine P. Nelson
KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE